HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHYLLIS J. ATKINS, individually and as personal representative of the ESTATE OF BOBBY J. ATKINS,

Plaintiff,

v.

PACIFICARE OF WASHINGTON, INC., a Washington corporation,

Defendant.

Case No.  C04-5889 RBL

ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING PLAINTIFFS' CPA CLAIMS

This matter came before the Court on Defendant's Motion for Partial Summary Judgment Dismissing Plaintiffs' CPA Claims.  The Court reviewed the following materials submitted in conjunction with this matter:

1. Defendant's Motion for Partial Summary Judgment Dismissing Plaintiffs' CPA Claims;

2. Declaration of Barbara J. Duffy re Defendant's Motion for Partial Summary Judgment Dismissing Plaintiffs' CPA Claims;

3. Plaintiffs' Memorandum Opposing Defendant's Motion for Partial Summary Judgment Dismissing Plaintiff's CPA Claims;

4. Declaration of Stephanie Bloomfield re Defendant's Motion for Partial Summary Judgment Dismissing Plaintiffs' CPA Claims; and

ORDER
Page - 1

5. Defendant's Reply re Defendant's Motion for Partial Summary Judgment Dismissing Plaintiffs' CPA Claims;

In addition, the Court heard oral argument of counsel on June 15, 2005, and being otherwise fully advised in the premises, it is hereby ORDERED that Defendant's Motion for Partial Summary Judgment Dismissing Plaintiffs' CPA claims is DENIED.

Dated this 21st day of June, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By_____
Stephanie Bloomfield, WSBA No. 24251
Attorneys for Plaintiff