HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHYLLIS J. ATKINS, individually and as personal representative of the ESTATE OF BOBBY J. ATKINS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICARE OF WASHINGTON, INC., a Washington corporation,<br><br>Defendant. | Case No.  C04-5889 RBL<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF PHYLLIS ATKINS' BAD FAITH CLAIM |

This matter came before the Court on Defendant's Motion to Dismiss Plaintiff Phyllis Atkins' Bad Faith Claim.  The Court reviewed the following materials submitted in conjunction with this matter:

1. Defendant's Motion to Dismiss Plaintiff Phyllis Atkins' Bad Faith Claim;

2. Plaintiffs' Response to Defendant's Motion to Dismiss Plaintiff Phyllis Atkins' Bad Faith Claim; and

3. Defendant's Reply re Defendant's Motion to Dismiss Plaintiff Phyllis Atkins' Bad Faith Claim.

In addition, the Court heard oral argument of counsel on June 15, 2005, and being otherwise fully advised in the premises, it is hereby ORDERED that Defendant's Motion to Dismiss Plaintiff Phyllis Atkins' Bad Faith Claim is DENIED.

Dated this 21st day of June, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By_____
   Stephanie Bloomfield, WSBA No. 24251
   Attorneys for Plaintiff